HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ONE WEST OWNERS ASSOCIATION, a Washington nonprofit corporation,<br><br>                Plaintiff,<br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>                Defendant. | NO. 2:16-cv-00225-RSM<br><br>**ORDER** |

This matter having come on for hearing before the Honorable Ricardo S. Martinez on the Stipulated Motion to Extend Expert Disclosure Deadline and Discovery Cutoff and the Court having considered the Stipulated Motion to Extend Expert Disclosure Deadline and Discovery Cutoff;

IT IS HEREBY ORDERED that the Stipulated Motion to Extend Expert Disclosure Deadline and Discovery Cutoff is GRANTED.

DATED this 28 day of March, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER (2:16-cv-00225-RSM) - 1

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

Presented by:

*/s/ Daniel Houser*
Daniel Houser, WSBA No. 32327
Justin Sudweeks, WSBA 28755
Stein, Sudweeks & Houser, PLLC
2701 First Avenue, Suite 430
Seattle, WA 98121
Phone: 206-388-0660
Fax:  206-286-2660
E-Mail: dhouser@condodefects.com
E-Mail: justin@condodefects.com
Attorneys for Plaintiff


*/s/ Daniel Houser, WSBA #32327 for Alfred Donohue via email authorization*
Alfred E. Donohue, WSBA No. 32774
Richard Gawlowski, WSBA No. 19713
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
(206) 623-4100 telephone
(206) 623-9273 facsimile
donohue@wscd.com
gawlowski@wscd.com
Attorneys for Defendant Allstate Insurance Company