THE HONORABLE RICARDO S. MARTINEZ
Trial Date: September 11, 2017

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ONE WEST OWNERS ASSOCIATION, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | No. 2:16-cv-00225-RSM<br><br>ORDER VACATING ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL |

This matter having come before the Honorable Ricardo S. Martinez on the parties' stipulation for entry of an Order Vacating Order Granting Plaintiff's Motion to Compel and good cause appearing,

IT IS HEREBY ORDERED that the Court's June 22, 2017 Order Granting Plaintiff's Motion to Compel is hereby vacated.

Dated June 26, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER VACATING ORDER GRANTING
PLAINTIFF'S MOTION TO COMPEL (Cause
No. 2:16-cv-00225-RSM) – 1



WILSON SMITH COCHRAN DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

Presented by:

WILSON SMITH COCHRAN & DICKERSON

By *s/ Richard G. Gawlowski*
    Richard G. Gawlowski, WSBA # 19713
    Attorneys for Allstate Insurance Company
    901 5th Avenue, Suite 1700
    Seattle, WA 98164
    Email: Gawlowski@wscd.com
    Telephone: 206-623-4100
    Fax: 206-623-9273

and

STEIN SUDWEEKS & HOUSER, PLLC

By *s/ Justin Sudweeks*
    Justin Sudweeks, WSBA 32327
    Attorneys for Plaintiff One West Owners Association
    2701 First Avenue, Suite 430
    Seattle, WA 98121
    Email: Justin@condodefects.com
    Telephone: 206-388-0660
    Fax: 206-286-2660

ORDER VACATING ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (Cause No. 2:16-cv-00225-RSM) – 2

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273